IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PRAGMATUS TELECOM, LLC,

      Plaintiff

v.

                      CIVIL ACTION NO. 12-089-RGA

UNITED PARCEL SERVICE, INC.,

      Defendant

## JOINT STIPULATION OF DISMISSAL OF
## PRAGMATUS TELECOM, LLC AND UNITED PARCEL SERVICE, INC.

IT IS HEREBY STIPULATED by Pragmatus Telecom, LLC ("Pragmatus") and United

Parcel Service, Inc. ("UPS") as follows:

1.     Pragmatus has brought the above-captioned patent infringement action (the

"Action") based on three patents identified in paragraph 2 of the Complaint (the "Pragmatus

Patents"). Pragmatus alleges in paragraph 9 of the Complaint that the Pragmatus Patents

encompass remote help click-to-chat functionality that is a form of web-based communication in

which a customer clicks an object (*e.g.,* button, image, or text) to request an immediate

connection with a call center in real-time by text chat (referred to herein as the "Live Chat

Services").

2.     UPS represents that the Live Chat Services have been and are currently

exclusively provided by RightNow Technologies, Inc. ("RightNow"). UPS further represents

that it has never, within the past seven (7) years, used any Live Chat Services that were not

provided by RightNow.

1

3.    Based on the foregoing representation by UPS, Pragmatus hereby dismisses WITH PREJUDICE all claims in the Action to the extent exclusively relating to the Live Chat Services exclusively provided by RightNow to UPS.  Pragmatus dismisses all other claims WITHOUT PREJUDICE.

4.    UPS hereby dismisses WITH PREJUDICE all counterclaims in the Action (*i.e.*, Counts I–III and VII) relating to the Live Chat Services provided by RightNow to UPS.  UPS dismisses all other counterclaims WITHOUT PREJUDICE.

Date: July 19, 2012                              Respectfully submitted,

FARNAN LLP                                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Brian E. Farnan*                        By: */s/ Jack B. Blumenfeld*
    Brian E. Farnan (#4089)                          Jack B. Blumenfeld (#1014)
    919 North Market Street                          1201 North Market Street
    12th Floor                                       P. O. Box 1347
    Wilmington, DE 19801                             Wilmington, DE 19899
    Tel: (302) 777-0300                              Tel.: (302) 658-9200
    bfarnan@farnanlaw.com                            jblumenfeld@mnat.com

    Attorneys for Plaintiff                          Attorneys for Defendant
    Pragmatus Telecom LLC                            United Parcel Service, Inc.

SO ORDERED this 19th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

2